**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-15287 |
| Gregory D Ida | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 5/10/13
Time: 9:15 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 4/5/13                    By:  /s/ Joji Takada
                                              Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Gregory D Ida § Case No. 12-15287
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 57,078.69 |
| and approved disbursements of | $ 10,000.00 |
| leaving a balance on hand of[1] | $ 47,078.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 5,457.87 | $ 0.00 | $ 5,457.87 |
| Total to be paid for chapter 7 administrative expenses | | | $ 5,457.87 |
| Remaining Balance | | | $ 41,620.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,866.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 83.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 9,044.20 | $ 0.00 | $ 7,548.70 |
| 2 | GE Capital Retail Bank | $ 11,052.27 | $ 0.00 | $ 9,224.73 |
| 3 | N. A. Fia Card Services | $ 28,787.43 | $ 0.00 | $ 24,027.30 |
| 4 | American Express Centurion Bank | $ 982.56 | $ 0.00 | $ 820.09 |
| | Total to be paid to timely general unsecured creditors | | | $ 41,620.82 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                                    Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                        Case No. 12-15287-BWB
Gregory D Ida                                                 Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: dramey                 Page 1 of 2                  Date Rcvd: Apr 08, 2013
                               Form ID: pdf006              Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2013.
db           #+Gregory D Ida,    21319 Silktree Circle,    Plainfield, IL 60544-9360
18777085     +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
19120910      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18777086     +Bank Of America,    Attention: Recovery Department,    4161 Peidmont Pkwy.,
               Greensboro, NC 27410-8110
18777087     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19031555      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18915428      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2013 02:30:50      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
18777088     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2013 02:30:50      Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
19016622      E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2013 02:30:55      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18777089      E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2013 02:31:14      Sams Club Discover  (GE Capital),
               P.O. Box 965004,    Orlando, FL 32896-5004
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2013**          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: dramey              Page 2 of 2                  Date Rcvd: Apr 08, 2013
                              Form ID: pdf006           Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2013 at the address(es) listed below:

```
          Evan  Moscov    on behalf of Plaintiff    Discover Bank, Issuer of the Discover Card,
           evan.moscov@moscovlaw.com,  ADVNotices@w-legal.com
          Joji  Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald D Cummings    on behalf of Debtor Gregory D Ida bankruptcylawyer@sbcglobal.net
          Timothy A. Clark    on behalf of Creditor    Donna Mae Wilson, Independent Executor of the Estate
           of Eleanore G. Ida, deceased tim.bkct@kcccp.com,  laura@kcccp.com
                                                                                             TOTAL: 5
```