UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Gregory D Ida § Case No. 12-15287
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Joji Takada, Chapter 7 Trustee  , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ida, Gregory |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | American Express Centurion Bank | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 2 | GE Capital Retail Bank | | | | | |
| 3 | N. A. Fia Card Services | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-15287 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Gregory D Ida | | | | Date Filed (f) or Converted (c): | 04/16/2012 (f) |
| | | | | | 341(a) Meeting Date: | 05/09/2012 |
| For Period Ending: | 07/02/2013 | | | | Claims Bar Date: | 08/10/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home | 75,000.00 | 0.00 | | 57,078.69 | FA |
| 2. Plot of Land | 1,100.00 | 1,100.00 | | 0.00 | FA |
| 3. Bank Account | 117.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 300.00 | 300.00 | | 0.00 | FA |
| 6. Vehicle | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 7. Vehicle | 500.00 | 500.00 | | 0.00 | FA |
| 8. Estate of decedent death benefit plan life insurance policy (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $81,517.00     $4,900.00     $57,078.69     $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

013013--Administering Debtor's interest in inheritance/real estate; Proceeds received from probate estate.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Location: 21319 Silktree Circle, Plainfield IL 60544 50% interest in real estate of deceased mother |
| RE PROP # | 2 | -- | Vacant desert land in apache county Az Inconsequential value/benefit to estate |
| RE PROP # | 3 | -- | West suburban bank |
| RE PROP # | 4 | -- | 50% interest in appliances and furniture |
| RE PROP # | 5 | -- | necessary clothing |
| RE PROP # | 6 | -- | 2000 Chevy Astrovan |
| RE PROP # | 7 | -- | 1976 honda goldwing motorcycle |
| RE PROP # | 8 | -- | Unscheduled interest in probate estate of deceased mother |

Initial Projected Date of Final Report (TFR): 04/16/2014     Current Projected Date of Final Report (TFR): 04/16/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-15287  
Case Name: Gregory D Ida  
Taxpayer ID No: XX-XXX0455  
For Period Ending: 07/02/2013  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Congressional Bank  
Account Number/CD#: XXXXXX9231  
Checking Account  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/12 | 1 | Wengler Law Firm<br>181 North Hammes Avenue<br>Joliet, Illinois | Proceeds from inheritance | 1129-000 | $57,078.69 | | $57,078.69 |
| 02/12/13 | | Transfer to Acct # xxxxxx8579 | Transfer of Funds | 9999-000 | | $57,078.69 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $57,078.69 | $57,078.69 |
| Less: Bank Transfers/CD's | $0.00 | $57,078.69 |
| Subtotal | $57,078.69 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $57,078.69 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*    Page Subtotals:   $57,078.69   $57,078.69

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-15287 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Gregory D Ida | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX8579 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0455 | Blanket Bond (per case limit): | |
| For Period Ending: | 07/02/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx9231 | Transfer of Funds | 9999-000 | $57,078.69 | | $57,078.69 |
| 03/03/13 | 100001 | Gregory Ida<br>c/o Law Office of Ronald D. Cummings<br>121 Springfield Avenue<br>Joliet, IL 60435 | Exemption | 8100-002 | | $10,000.00 | $47,078.69 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.21 | $47,002.48 |
| 04/11/13 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | ($76.21) | $47,078.69 |
| 05/14/13 | 100002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $5,457.87 | $41,620.82 |
| 05/14/13 | 100003 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution per court order. | 7100-000 | | $7,548.70 | $34,072.12 |
| 05/14/13 | 100004 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final distribution per court order. | 7100-000 | | $9,224.73 | $24,847.39 |
| 05/14/13 | 100005 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution per court order. | 7100-000 | | $24,027.30 | $820.09 |
| 05/14/13 | 100006 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $820.09 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $57,078.69 | $57,078.69 |
| Less: Bank Transfers/CD's | $57,078.69 | $0.00 |
| Subtotal | $0.00 | $57,078.69 |
| Page Subtotals: | $57,078.69 | $57,078.69 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

| | | | |
|---|---|---|---|
| Less: Payments to Debtors | | $0.00 | $10,000.00 |
| Net | | $0.00 | $47,078.69 |

Exhibit 9

Page Subtotals:    $0.00    $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8579 - Checking | $0.00 | $47,078.69 | $0.00 |
| XXXXXX9231 - Checking Account | $57,078.69 | $0.00 | $0.00 |
|  | $57,078.69 | $47,078.69 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $57,078.69 |
| Total Gross Receipts: | $57,078.69 |

Page Subtotals:                                   $0.00              $0.00